|  | AUSA: Michael El-Zein | Telephone: (313) 550-2922 |
|---|---|---|
| AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture  Special Agent: | David Green | Telephone: (313) 717-5560 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>All Funds on Deposit in People Driven Credit Union<br>Account Number 823410 as further described on<br>Attachment A | )<br>)<br>)<br>)<br>) | Case No. 5:21-mc-51535 Amended |
|---|---|---|

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Eastern_____ District of _____Michigan_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All Funds on Deposit in People Driven Credit Union Account Number 823410 as further described on Attachment A

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before  January 12, 2022
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to the presiding United States Magistrate Judge on duty_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   December 29, 2021   5:26 pm                         *[signature]*
                                                                             *Judge's signature*

City and state:   Detroit, MI                   Kimberly Altman       U. S. Magistrate Judge
                                                        *Printed name and title*

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 5:21-mc-51535 Amended | Date and time warrant executed: 12/30/2021 | Copy of warrant and inventory left with: SARAH DASNE |
| Inventory made in the presence of: MA | | |
| Inventory of the property taken: <br><br> CHECK # 0001034674    $305,706.41 <br> CHECK # 0001034853    $45,000.00 | | |

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. <br><br> Date: 12/30/2021 <br><br> _Executing officer's signature_ <br><br> _Printed name and title_ |

# ATTACHMENT A

### Seizure Warrant

Up to $350,706.41 funds on deposit in People Driven Credit Union Account No. 823410 held in the name of Jordan Crawford and/or Sylvia Crawford with permission to serve the warrant electronically followed by original service.

**The financial institution upon which this seizure warrant has been served is instructed to provide federal agents authorized to seize the funds with the current balance in each account upon service of the seizure warrant and at therequest of the federal agents authorized to seize the funds.**